# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,** )<br>    Plaintiff,               )<br>                                  )<br>v.                                )<br>                                  )<br>**HUBBARD PROPERTIES, INC.,**    )<br>**DANNY LARRY, JAMES**            )<br>**ESCOTT, CASSANDRA ALLEN,**      )<br>**BETTY GOODMAN, SHIELA**         )<br>**SANKS, and DOMINIC LOVE,**      )<br>    Defendants.                  )  | **Civil Action No.: 2:20-CV-00411-JHE** |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff and Defendants, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby jointly stipulate that Plaintiff's claims against Defendants are due to be dismissed, with prejudice, with costs taxed as paid.

Dated: January 21, 2022             RESPECTFULLY SUBMITTED,

                                    /s/ Brian C. Richardson
                                    Brian C. Richardson (ASB-5241-H14U)
                                    Murray S. Flint (ASB-9164-A10Z)
                                    *Attorneys for Auto-Owners Insurance Company*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, AL 35203
T: (205) 314-2404
F: (205) 244-1373
brian.richardson@swiftcurrie.com
murray.flint@swiftcurrie.com

          /s/ *James R. Bussian (with permission)*
          James R. Bussian (ASB-7108-I70J)
          Bo Bledsoe (ASB-9054-R88D)
          *Attorneys for Hubbard Properties, Inc.*

**OF COUNSEL:**
**MAYNARD, COOPER & GALE, P.C.**
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
T: (205) 254-1000
F: (205) 254-1999
jbussian@maynardcooper.com
bbledsoe@maynardcooper.com

          */s/ John S. Somerset (with permission)*
          John S. Somerset (SOM003)

**OF COUNSEL:**
5385 First Avenue North
Birmingham, AL 35212
T: (205) 595-4631
sandslawpartners@gmail.com

/s/ *Richard A. Storm, III (with permission)*
Richard A. Storm, III (ASB-5621-M75R)
*Attorneys for Individual Defendants*

**OF COUNSEL:**
1037 22nd Street, Suite 210
Birmingham, AL 35205
T: (205) 252-5725
stormlaw@bellsouth.net

4880-2256-4105, v. 1

3