# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AUTO OWNERS INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Case No.: 2:20-cv-00411-JHE |
| v. ) ) | |
| HUBBARD PROPERTIES, INC., et al., ) ) | |
| Defendants. ) | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action with prejudice.

Therefore, at the direction of the Honorable John H. England, III, this case is closed.

DATED: October 13, 2021

SHARON N. HARRIS, CLERK

By: __s/ M. Barnes_____
       Deputy Clerk